```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0275--CV (RRB)
              "G.D. FRESH DISTRIBUTION V AK FRESH CUT INC"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/15/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (891) Agricultural Acts

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/15/04 receipt # 00124571
          Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1          G.D. FRESH DISTRIBUTION INC        David R. Edgren
                                                    Edgren Law Offices LLC
                                                    750 E. Fireweed Lane, Suite 201
                                                    Anchorage, AK 99503
                                                    907-272-3325
                                                    FAX 907-272-3317

DEF 1.1          ALASKA FRESH CUT INC               Charles G. Evans
                                                    Law Offices of Charles G. Evans
                                                    1351 Huffman Road, Suite 201
                                                    Anchorage, AK 99515
                                                    907-278-4691
                                                    FAX 907-562-0654

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0275--CV (RRB)
                            "G.D. FRESH DISTRIBUTION V AK FRESH CUT INC"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/15/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (891) Agricultural Acts

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/15/04 receipt # 00124571
          Trial by:


 Document #    Filed       Docket text

      1 -  1   11/15/04    Complaint filed.

      2 -  1   11/15/04    PLF 1 motion for temporary restraining order w/att memo, aff,
                           certification of cnsl.

      2 -  2   11/15/04    PLF 1 motion for preliminary injunction w/att memo, aff, & certification
                           of cnsl.

      3 -  1   11/16/04    RRB Order granting motion for temporary restraining order (2-1). Def is
                           ordered to preserve and protect the agricutural commodities shipped by
                           plf as stated.  Plf shall provide def with notice of this matter and a
                           copy of the order.  A hearing on the mot for prel injunction is set for
                           11/23/04 at 10:00 a.m. in Courtroom #3.  Plf to make efforts to advise
                           def of this hearing.  cc: cnsl, Judge Sedwick

      4 -  1   11/16/04    JWS Minute Order that by agreement of the judges this case is reassigned
                           to Judge Beistline for all further proceedings.  Use case number A04-275
                           CV (RRB) on all future filings. cc: cnsl, Judge Beistline

      5 -  1   11/24/04    RRB Court Minutes [ECR: Robin Carter] granting motion for preliminary
                           injunction (2-2).  Counsel to submit appropriate order.  cc: cnsl

   NOTE -  1   01/21/05    Issued: summons re: DEF 1.

      6 -  1   02/04/05    PLF 1 motion on expedited time for discovery prior to answer on
                           shortened time for response w/att cert/aff.

      7 -  1   02/04/05    PLF 1 Return of Service Executed re: DEF 1 on 1/23/05.

      8 -  1   02/04/05    PLF 1 Notice of filing return of service re: PLF 1 motion on expedited
                           time for discovery prior to answer on shortened time for response (6-1).

      9 -  1   02/08/05    RRB Order granting motion on expedited time for discovery prior to
                           answer on shortened time (6-1).  cc: cnsl

     10 -  1   02/08/05    PLF 1 Notice of filing return of svc re: PLF 1 motion on expedited time
                           for discovery prior to answer on shortened time for response
                           (6-1),notice of filing return of service and order.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0275--CV (RRB)
                      "G.D. FRESH DISTRIBUTION V AK FRESH CUT INC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 11 - 1 | 02/14/05 | DEF 1 Answer to Complaint. |
| 12 - 1 | 02/14/05 | DEF 1 Attorney Appearance of Charles G. Evans. |
| 13 - 1 | 02/15/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 14 - 1 | 03/25/05 | RRB Minute Order parties were required to file a initial case stat rpt 16(b, no rpt was filed. Parties to file a 16(b) rpt w/in 15 days. cc: cnsl |
| 15 - 1 | 04/06/05 | Stipulation for extension of time until 4/22/05 to file parties planning report. |
| 15 - 2 | 04/07/05 | RRB Order granting stipulation for extension of time until 4/22/05 to file parties planning rpt (15-1). cc: cnsl |
| 16 - 1 | 04/22/05 | PLF 1 Notice re:Status of negotiations and Planning Meeting Report. |
| 17 - 1 | 04/27/05 | PLF 1 Unopposed motion (request) for extension of time until 5/20/05 to file parties planning report. |
| 17 - 2 | 04/28/05 | RRB Order granting unopposed motion (request) for extension of time until 5/20/05 to file (17-1). cc: cnsl |
| 18 - 1 | 05/13/05 | PLF 1 Notice of absence between 5/13/05 and 5/23/05 of cnsl. |
| 19 - 1 | 07/19/05 | RRB Minute Order that stat rpt due by 8/1/05. cc: cnsl |
| 20 - 1 | 08/02/05 | DEF 1 Status Report. |
| 21 - 1 | 08/24/05 | DEF 1 Status Report. |
| 22 - 1 | 11/02/05 | DEF 1 Status Report. |