**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  G.D. FRESH DISTRIBUTION  </u>  v.  <u>  ALASKA FRESH CUT  </u>

DATE:  <u>  August 16, 2006  </u>     CASE NO.  <u>  3:04-CV-0275-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **REQUESTING STATUS REPORT**

---

      Plaintiff is to file a status report in this matter by the close of business on **Monday, August 28, 2006.**