Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| G.D. FRESH DISTRIBUTION, INC<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC.,<br><br>Defendant. |  |
|  | Case No. 04-275 CV (RRB) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Law Offices of Charles G. Evans have moved, and

Charles G. Evans requests that all future pleadings and documents be served on him at 12350

Industry Way, Suite 203, Anchorage, Alaska 99515.

DATED this 25th day of August, 2006.

LAW OFFICES OF CHARLES G. EVANS
Attorneys for Alaska Fresh Cut, Inc.


By:    /s/ Charles G. Evans
         Charles G. Evans
         ABA No. 7705019

I CERTIFY that on this 25th
day of August 2006, a copy of
the foregoing was mailed to:

David Edgren
Edgren Law Offices, LLC.
750 E. Fireweed Lane, Suite 201
Anchorage, AK 99503


   /s/ Charles G. Evans
Charles G. Evans
1P-0078-2809.04.wpd