IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

RECEIVED
AUG 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC., an Oregon Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC., an Alaska Corporation<br><br>Defendant. | Case No. A04-275-CV (RRB)<br><br>**PLAINTIFF'S FED. R. CIV. P. 7.1 CERTIFICATION** |

COMES NOW THE PLAINTIFF, a general business corporation incorporated under the laws of the State of Oregon and, by and through undersigned counsel, hereby certifies as follows for the purpose of compliance with the requirements of FED. R. CIV. P. 7.1. Plaintiff neither has any parent corporation nor is there any publicly held corporation that owns ten percent or more of Plaintiff's stock.

DATED at Anchorage, Alaska, this 28th day of August, 2006.

EDGREN LAW OFFICES, LLC

_____
David R. Edgren
Alaska Bar No. 9406058

**CERTIFICATION OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

8-28-06        _____
Date            D. Edgren, Atty.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317