IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

RECEIVED
AUG 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION,<br>INC., an Oregon Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC.,<br>an Alaska Corporation<br><br>Defendant. | Case No. A04-275-CV(RRB)<br><br><br><br><br><br>**CERTIFICATION OF SERVICE** |

COMES NOW THE PLAINTIFF, by and through undersigned counsel, and hereby certifies that the Scheduling and Planning Conference Report and Civil Rule 7.1 Certification filed herewith were served by the undersigned along with a copy of this notice on the date first noted below by placing same in the U.S. Postal Service addressed to Defendants' counsel, postage prepaid.

DATED at Anchorage, Alaska, this 28th day of August, 2006.

EDGREN LAW OFFICES, LLC

_____
David R. Edgren
Alaska Bar No. 9406058

**CERTIFICATION OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

8-28-06    _____
Date        D. Edgren, Atty.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317