IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC., an Oregon Corporation,　)<br>　)<br>　Plaintiff,　)<br>　)<br>vs.　)<br>　)<br>ALASKA FRESH CUT, INC., an Alaska Corporation　)<br>　)<br>　Defendant.　) | RECEIVED<br>MAR 2 8 2007<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, A.K.<br><br>NOTICE OF ABSENCE |

Case No. A04-275-CV (RRB)

COMES NOW Plaintiff, by and through his attorneys, Edgren Law Offices, LLC, and hereby gives this notice to the court, Defendant and all interested third parties that undersigned counsel, who is a sole practitioner, will be out of the State of Alaska tending to a hospitalized family member in the State of Texas between the dates of March 29, 2007 and April 6, 2007. It is requested as a courtesy that there be no routine orders entered, filings made or proceedings scheduled during this period. This courtesy is noted as appreciated in advance. Any deadlines applying to any opposing party during this period should be considered stipulated hereby to be extended until April 9, 2007.

DATED at Anchorage, Alaska, this 19th day of March, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**CERTIFICATION OF SERVICE AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT a true and correct copy of the document to which this certification is affixed was caused by me to be served by USPS on

C. Evans, Esq., Atty. for Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

3-27-07
Date                R. Combs, Legal Asst.