David R. Edgren
Edgren Law Offices, LLC
750 E. Fireweed, Suite 201
Anchorage, Alaska  99503
(907) 272-3325

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## ANCHORAGE DIVISION

| | |
|---|---|
| G. D. FRESH DISTRIBUTION, INC., an Oregon corporation,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>ALASKA FRESH CUT, INC., an Alaska corporation  )<br>)<br>Defendant.  )<br>_____) | **NOTICE TO THECOURT**<br>**RE: TRIAL** |

Case No. A04-275-CV (RRB)

    COMES NOW the Plaintiff, by and through his attorneys, Edgren Law Offices, and hereby, in response to the court's order directing the undersigned to inform the court as to the status of the matter and trial by June 15, 2007, submits the following.  Plaintiff is prepared for trial and is ready to proceed at the court's convenience.  Plaintiff believes at this point that the case is susceptible to being disposed of as a matter of law, and to such extent as the court would believe it appropriate to defer trial and accept a motion for summary judgment to be filed at this time, Plaintiff is prepared to file such a motion immediately.  Failing this, it is requested that trial would be set on for the first available date after September 1, 2007.  Plaintiff intends to present a single witness, the owner of the business George Dziak, who must travel to Alaska from Oregon where his company is

based to attend the proceeding.  Plaintiff estimates that its case will take 1 to 1-1/2 hours to present.

DATED at Anchorage, Alaska, this 15th day of June, 2007.

EDGREN LAW OFFICES, LLC

By: __/s/_____
David R. Edgren
Alaska Bar No. 9406058

**CERTIFICATION OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

6/15/2007       _/s/_____
Date            D. Edgren, Atty.

**NOTICE TO COURT RE: TRIAL**
**PAGE 2 OF 2**