UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  G.D. FRESH DISTRIBUTION  </u>  v.  <u>  ALASKA FRESH CUT  </u>

DATE:  <u>  June 29, 2007  </u>  CASE NO.  <u>  3:04-CV-0275-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
              **RE NOTICE TO THE COURT AT DOCKET 32**

---

The Court is in receipt of the Notice to the Court Re Trial filed by Plaintiff at Docket 32. Plaintiff may have until the close of business on **July 16, 2007**, in which to file a motion for summary judgment in this matter.

M.O. RE DOCKET 32