David R. Edgren  
Edgren Law Offices, LLC  
645 G Street, Suite 300  
Anchorage, Alaska  99654  
(907) 272-3325

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### ANCHORAGE DIVISION

| | |
|---|---|
| G. D. FRESH DISTRIBUTION, INC., an Oregon corporation,  ) ) ) | |
| Plaintiff,  ) ) | |
| vs.  ) ) | |
| ALASKA FRESH CUT, INC., an Alaska corporation  ) ) ) | **MOTION FOR SUMMARY JUDGMENT** |
| Defendant.  ) ) | |

Case No. 3:04-CV-0275-RRB

Plaintiff G. D. Fresh Distribution, Inc. (hereinafter, "G. D. FRESH") hereby moves and requests that the honorable court grant summary judgment in this suit on debt involving agricultural commodities and to enforce trust provisions of the federal Perishable Agricultural Commodities Act of 1930 in that there are no material facts at issue relevant to the case and because G. D. FRESH is entitled to judgment against Defendant Alaska Fresh Cut, Inc. (hereinafter, "FRESH CUT"), to include all individuals who were that company's officers and directors on and after July 13, 2004.

      This motion is supported by a memorandum stating the facts of the matter, standard to be applied and argument in favor of granting the relief sought, and an affidavit of George Dziak, President and C.E.O. of G. D. FRESH.

      DATED at Anchorage, Alaska, this 16th day of July, 2007.

                                      EDGREN LAW OFFICES, LLC

                                      By: __/s/_____
                                            David R. Edgren
                                            Alaska Bar No. 9406058

**CERTIFICATION OF TYPEFACE AND FONT SIZE**

```
I CERTIFY THAT the foregoing document is
prepared in Times New Roman typeface with a 13
point type size.

 7/16/07          /s/
Date         D. Edgren, Atty.
```

**MOTION FOR SUMMARY JUDGMENT -- PAGE 2 OF 2**