Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC.,<br><br>Defendant. | Case No. 04-275 CV (RRB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, Alaska Fresh Cut, Inc., by counsel, Law Offices of Charles G. Evans, hereby moves for an extension of time to oppose Plaintiff's motion for summary judgment until August 31, 2007. Counsel for Plaintiff does not oppose this motion.

DATED this 25th day of July, 2007.

LAW OFFICES OF CHARLES G. EVANS
Attorneys for Alaska Fresh Cut, Inc.

By:   /s/ Charles G. Evans
      Charles G. Evans
      ABA No. 7705019

I CERTIFY that on this 25th
day of July 2007, a copy of
the foregoing was mailed to:

David Edgren
Edgren Law Offices, LLC.
750 E. Fireweed Lane, Suite 201
Anchorage, AK 99503

   /s/ Charles G. Evans
Charles G. Evans
1P-0078-2809.06.wpd