Charles G. Evans, Esq.
Law Offices of Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

G.D. FRESH DISTRIBUTION, INC

    Plaintiff,

vs.

ALASKA FRESH CUT, INC.,

    Defendant.

Case No. 04-275 CV (RRB)

**MOTION FOR EXTENSION OF TIME**

   Alaska Fresh Cut, Inc., by counsel, Law Offices of Charles G. Evans, hereby moves for an extension of time to file its opposition to Plaintiff's Motion for Summary Judgment. An opposition to the Motion for Summary Judgment is currently due August 31, 2007. Alaska Fresh Cut, Inc. respectfully requests that it be permitted to file its opposition to Plaintiff's Motion for Summary Judgment by September 21,

2007. This motion is supported by an affidavit of counsel and a proposed order.

DATED this 31st day of August, 2007.

                                                                       LAW OFFICES OF CHARLES G. EVANS
Attorneys for Alaska Fresh Cut, Inc.

By:  /s/ Charles G. Evans
     Charles G. Evans
     ABA No. 7705019

<u>Certificate of Service</u>
I hereby certify that on August 31, 2007, a copy of the foregoing *Motion for Extension of Time* was served electronically on:

David Edgren

<u> s/ Charles G. Evans </u>

1P-0078-2809.09.wpd