Charles G. Evans, Esq.
Law Offices of Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC<br><br>            Plaintiff,<br><br>     vs.<br><br>ALASKA FRESH CUT, INC.,<br><br>            Defendant. | Case No. 04-275 CV (RRB) |

**ORDER GRANTING EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Alaska Fresh Cut, Inc. having moved for a extension of time to file its opposition of Plaintiff's motion for summary judgment and for good cause shown;

IT IS HEREBY ORDERED that Alaska Fresh Cut, Inc. shall have until September 21, 2007 to file its opposition of Plaintiff's motion for summary judgment.

DATED this _____ day of September 2007.

_____
District Court Judge

Certificate of Service
I hereby certify that on August 31, 2007, a
copy of the foregoing *Motion for Extension
of Time* was served electronically on:

David Edgren


  s/ Charles G. Evans

1P-0078-2809.11.wpd