Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC.,<br><br>Defendant. | Case No. 04-275 CV (RRB) |

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR EXTENSION OF TIME

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

CHARLES G. EVANS, being first duly sworn, deposes and states as follows:

1. I am counsel for Defendant, Alaska Fresh Cut, Inc., in the above captioned action.

2. Defendant's opposition to Plaintiff's Motion for Summary Judgment is due August 31, 2007. Counsel for Plaintiff has been consulted and Plaintiff refuses to non-oppose this motion for extension of time.

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

3. Defendant requests an extension of time until September 21, 2007 to oppose the motion for summary judgment. This case has not been prosecuted by Plaintiff in any way reflecting such urgency that professional courtesies can not be extended to opposing counsel. Plaintiff has many times filed a simple notice to do nothing in his absence. Defendant has observed the professional courtesies requested but now Plaintiff will not agree to extend the same professional courtesies to the undersigned. A perfunctory motion for summary judgment was filed by Plaintiff only after the Court set a specific deadline to do so. No new affidavits supporting the motion were filed. Plaintiff simply referred to its pleadings, ignored the answer of Defendant, and relied only upon a previous affidavit of George Dziak filed on November 15, 2004. One significant issue in this case from the undersigned's counsel's first appearance remains outstanding. Plaintiff lost any claim to its alleged PACA trust by failing to perfect. Defendant has informally requested proof of perfection to no avail. Plaintiff failed to provide any Rule 26 disclosures and the motion for summary judgment does not show proof of perfection. In short, there is, in the opinion of counsel, a meritorious defense to the motion for summary judgment. When this motion for summary judgement was filed on July 16, 2007, the undersign's calendar for the first part of August was full, so Plaintiff's counsel agreed to an initial extension to oppose the motion for summary judgment until August 31, 2007. Additional unanticipated professional obligations arose with respect to entry of a $2,000,000.00 plus decision and award against the undersign's client, Travelers Casualty and Surety Company, in case number 3AN-04-8825 Civil. In addition, the undersigned counsel suffers medical issues which restrict counsel's practice to less than full professional days. The combination of

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit in Support of Motion
for Extension of Time                                                                                              Page 2 of 3

professional duties and health care restrictions requires additional time to oppose the motion for summary judgment.

    4.    Counsel has exercised diligence and an opposition to the motion for summary judgment will be filed on or before September 21, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

                                                                 /s/ Charles G. Evans
                                                                 CHARLES G. EVANS

SUBSCRIBED AND SWORN to before me this 31st day of August 2007.

                      OFFICIAL SEAL
                    STATE OF ALASKA
                     NOTARY PUBLIC
                    PAMELA K. PIFER
            My Commission Expires: Jan. 31, 2008

Notary Public in and for Alaska
My Commission Expires: 1/31/08

Certificate of Service
I hereby certify that on August 31, 2007, a copy of the foregoing *Motion for Extension of Time* was served electronically on:

David Edgren

  s/ Charles G. Evans

1P-0078-2809.10.wpd

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691