Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC.,<br><br>Defendant. | Case No. 04-275 CV (RRB) |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Charles G. Evans, being first duly sworn, deposes and states as follows:

1. I am counsel for Defendant, Alaska Fresh Cut, Inc., in the above captioned action.

2. The substantial defenses of Alaska Fresh Cut to the PACA trust claim of G.D. Fresh were raised early in this matter but have never been resolved. Instead, the parties attempted to negotiate settlement. The Court should be advised that at one point the

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Counsel

Page 1 of 2

parties were $3,500.00 apart with respect to settlement.  Neither of the parties have made any Civil Rule 26 disclosures, nor have they served or responded to any discovery requests.

FURTHER AFFIANT SAYETH NAUGHT.

*Charles G. Evans*
Charles G. Evans

SUBSCRIBED AND SWORN to before me this 21st day of September 2007.

*Pamela K. Pifer*
Notary Public in and for Alaska
My Commission Expires: 1/31/08

[OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
PAMELA K. PIFER
My Commission Expires: Jan. 31, 2008]

Certificate of Service
I hereby certify that on September 21, 2007,
a copy of the foregoing *Affidavit of Counsel*
was served electronically on:

David Edgren

  s/ Charles G. Evans

1P-0078-2809.15.wpd

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Counsel

Page 2 of 2