Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC.,<br><br>Defendant. | Case No. 04-275 CV (RRB) |

### AFFIDAVIT OF GEORGE WILCOX

STATE OF ALASKA       )
                                       ) ss.
THIRD JUDICIAL DISTRICT )

GEORGE WILCOX, being first duly sworn, deposes and states as follows:

1. I make this affidavit from my own personal knowledge. I am over the age of 18 and I am competent to testify.

2. In 2004 I was employed by Alaska Fresh Cut, Inc. ("Alaska Fresh Cut") as its comptroller and in that position dealt with George Dziak of G.D. Fresh Distribution, Inc. ("G.D. Fresh") with respect to purchases of produce by Alaska Fresh Cut from G.D. Fresh.

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of George Wilcox

3. Alaska Fresh Cut was suffering from financial difficulties, in part, due to the bankruptcy of several of its largest customers.

4. On May 27, 2004 I communicated with Mr. Dziak to confirm in writing an arrangement to modify the payment terms of Alaska Fresh Cut with G.D. Fresh. Mr. Dziak and I agreed that Alaska Fresh Cut would pay the invoices of G.D. Fresh on a schedule which extended payment terms beyond 30 days. Document AFC 0004 is my fax to George Dziak confirming the change in the payment terms based on our previous telephone conversations. AFC 0006 is the invoice tracking sheet of G. D. Fresh referred to in AFC 0004. Alaska Fresh Cut and G.D. Fresh agreed that invoices 4187 and 4201 dated April 5th and April 12th, respectively would be paid May 27th, more than 30 days after the invoice date. Likewise, we agreed that invoices 4209 and 4217 dated April 20th and April 26th would be paid on June 2, 2004, more than 30 days after the date of the invoices. We also agreed invoices 4226 and 4234A, the latter of which is dated May 10th would be paid June 9th, by mail, which took several days to deliver, again, more than 30 days after the date of the invoice. Going forward from these payments, we agreed that Alaska Fresh Cut would pay two invoices weekly until Alaska Fresh Cut was current. The agreement was for Alaska Fresh Cut to catch up by paying weekly two invoices while ordering one. The purpose of this agreement was to establish a payment schedule which would induce G.D. Fresh to continue shipping to Alaska Fresh Cut.

5. I have also reviewed documents AFC 0007 and AFC 0008 which are subsequent invoice tracking sheets from G.D. Fresh to Alaska Fresh Cut, both of which also reflect G.D. Fresh's agreement to accept payments more than 30 days after the date

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of George Wilcox

of the invoice. For example, in AFC 0007 dated July 2, 2004, G.D. Fresh required payment of invoice 4245, 4264, and 4264A, all of which were older than 30 days. With respect to AFC 0008, an invoice tracking sheet of G.D. Fresh faxed no later than August 19, 2004, again reflects G.D. Fresh's agreement to accept payments for invoices older than 30 days. Invoices numbered 4320, 4320A, 4333, and 4333A dated between July 6th and July 13, 2004 are all, "Due by 8/23" more than 30 days after the date of the invoice. "Due by 8/23" is a directive written by G. D. Fresh stating what must be paid by August 23, 2004.

FURTHER AFFIANT SAYETH NAUGHT.

_____
George Wilcox

SUBSCRIBED AND SWORN to before me this 21 day of September 2007.

[OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
PAMELA K. PIFER
My Commission Expires: Jan. 31, 2008]

_____
Notary Public in and for Alaska
My Commission Expires: 1/31/08

Certificate of Service
I hereby certify that on September 21, 2007,
a copy of the foregoing *Affidavit of George Wilcox* was served electronically on:

David Edgren

_s/ Charles G. Evans_

1P-0078-2809.14.wpd

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of George Wilcox