Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

G.D. FRESH DISTRIBUTION, INC.,

    Plaintiff,

vs.

ALASKA FRESH CUT, INC.,

    Defendant.

Case No. 04-275 CV (RRB)

### AFFIDAVIT OF BONNIE J. FAULK

STATE OF ALASKA    )
            ) ss.
THIRD JUDICIAL DISTRICT )

  BONNIE J. FAULK, being first duly sworn, deposes and states as follows:

  1.  I make this affidavit of my own personal knowledge. The documents attached to this affidavit as AFC 0001 through AFC 0008 are true and accurate copies of business records of Alaska Fresh Cut, Inc. ("Alaska Fresh Cut"), for which I was responsible.

  2.  AFC 0001 is a fax of a Notice and Intent to Preserve Trust Benefits received

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Bonnie J. Faulk

Page 1 of 4

by Alaska Fresh Cut from G.D. Fresh Distribution, Inc. ("G.D. Fresh") on September 16, 2004. On AFC 0001 there are notes in my handwriting reconciling invoices and showing invoice 4333 in the amount of 3441 was paid by Alaska Fresh Cut check number 6034. There are two other notes of mine in AFC 0001 which reflect two of the invoices had small discrepancies in amounts as follows: Invoice 4333A was $729.55, not $730.05 and invoice 4391A was $3,989.25, not $4,017.25. AFC 0002 and AFC 0003 are a two page faxed letter to Alaska Fresh Cut from USDA dated September 29, 2004 and received by Alaska Fresh Cut on or before October 5, 2004.

      3.     AFC 0004 is a fax letter dated May 27, 2004 from George Wilcox to George Dziak establishing future terms for payment of the outstanding Alaska Fresh Cut invoices and future Alaska Fresh Cut invoices, extending the terms for payment beyond thirty days. AFC 0005 is a copy of AFC 0004 with a fax transmittal report showing delivery of the fax to G. D. Fresh on May 27, 2004. AFC 0006 is an invoice tracking sheet showing the invoices referred to in AFC 0001 by George Wilcox. AFC 0007 is an invoice tracking sheet dated July 12, 2004, received by Alaska Fresh Cut from G.D. Fresh, showing invoices 4264, 4264A, and 4276 and 4276A all of which are to be paid more than 30 days after the due date. AFC 0008 is another invoice tracking sheet of G. D. Fresh, received by Alaska Fresh Cut from G.D. Fresh on or before August 19, 2004, showing the effects of the agreement Alaska Fresh Cut made with G. D. Fresh to pay invoices on terms greater than 30 days. This is shown by invoices 4320, 4320A, 4333, and 4333A dated July 6th through July 13th all of which Mr. Dziak refers to as being "Due by 8/23", more than 30 days after the date of the invoices.

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Bonnie J. Faulk

4.   I have examined the invoices attached to the affidavit of George Dziak in this case and invoice number 4356A, 4376A, 4391, and 4404A include non-produce dairy items as follows:

| Invoice Number | Item | Amount |
|---|---|---|
| 4356A | 20 carton frozen chicken | $530.00 |
| | Freight charge on chicken pick up | $ 25.00 |
| | | $555.00 |
| | | |
| 4376A | 10 Litehouse Caesar | $145.00 |
| | 10 Blue Cheese | $145.00 |
| | 2 cases Ranch | $ 77.50 |
| | 2 cases 1000 Island | $ 69.50 |
| | | $437.00 |
| | | |
| 4391 | 20 cases chicken | $ 630.00 |
| | Extra freight chicken | $ 25.00 |
| | 10 Litehouse dip | $ 157.50 |
| | 6 Litehouse Caesar | $ 94.50 |
| | 8 Blue Cheese | $ 126.00 |
| | 6 Ranch Dip | $ 94.50 |
| | | $1,127.50 |
| | | |
| 4404A | 10 Ranch Dip | $227.50 |
| | 10 Ranch | $157.50 |
| | 10 Blue Cheese | $157.50 |
| | 10 Caesar | $157.50 |
| | | $700.00 |

FURTHER AFFIANT SAYETH NAUGHT.

*Bonnie J. Faulk*
Bonnie J. Faulk

SUBSCRIBED AND SWORN to before me this 20 day of September 2007.

*Pamela K. Pifer*
Notary Public in and for Alaska
My Commission Expires: 1/31/08

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
PAMELA K. PIFER
My Commission Expires: Jan. 31, 2008

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Bonnie J. Faulk

Certificate of Service

I hereby certify that on September 21, 2007, a copy of the foregoing *Affidavit of Bonnie J. Faulk* was served electronically on:

David Edgren

s/ Charles G. Evans

1P-0078-2809.13.wpd

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Bonnie J. Faulk

Page 4 of 4



Forward:
Bonnie & David Sr.  Date 9/16/04
cc: Mark Sines   9/16/mc

## NOTICE OF INTENT TO PRESERVE TRUST BENEFITS

TO:   Debtor Company __ALASKA Fresh Cut__

Address __8240 KING ST.__

__Anchorage       AK       99507__

Fax __1-907-349-8345__

| FROM: | G.D. Fresh Distribution | Phone#503-698-3004 |
|---|---|---|
| | 12662 SE East Hampton | Fax#503-698-4997 |
| | Clackamas, OR 97015 | |

We wish to preserve our Trust benefits on the following unpaid invoices covering loads sold to:

__ALASKA Fresh Cut         8240 KING ST.__

__Anchorage, AK   99507__                                        pd ck 6034

| Invoice# | Date | Shipped | Commodity | Contract Terms | Date Due | Amount |
|---|---|---|---|---|---|---|
| 4333 | 7/13/04 | 7/14/04 | Misc.Vegt/Fruit | Net 21 | -8/4/04 | $3441.00 |
| 4333A | 7/13/04 | 7/14/04 | Misc.Vegt/Fruit | Net 21 | -8/4/04 | $730.05  229.55 |
| 4345 | 7/27/04 | 7/29/04 | Misc.Vegt/Fruit | Net 21 | -8/18/04 | $4243.75 |
| 4345A | 7/27/04 | 7/29/04 | Misc.Vegt/Fruit | Net 21 | -8/18/04 | $1722.00 |
| 4356 | 8/3/04 | 8/5/04 | Misc.Vegt/Fruit | Net 21 | -8/2 4/04 | $5200.75 |
| 4356A | 8/3/04 | 8/5/04 | Misc.Vegt/Fruit | Net 21 | -8/24/04 | $1816.33 |
| 4364 | 8/10/04 | 8/12/04 | Misc.Vegt/Fruit | Net 21 | -9/1/04 | $2146.50 |
| 4364A | 8/10/04 | 8/12/04 | Misc.Vegt/Fruit | Net 21 | -9/1/04 | $2668.25 |
| 4376 | 8/17/04 | 8/19/04 | Misc.Vegt/Fruit | Net 21 | -09/05/04 | $3545.25 |
| 4376A | 8/17/04 | 8/19/04 | Misc.Vegt/Fruit | Net 21 | -09/05/04 | $4201.28 |
| 4391 | 8/24/04 | 8/25/04 | Misc.Vegt/Fruit | Net 21 | -09/15/04 | $1263.25  SB 3989.75 |
| 4391A | 8/24/04 | 8/25/04 | Misc.Vegt/Fruit | Net 21 | -09/15/04 | $4017.25 |
| 4404 | 9/1/04 | 9/2/04 | Misc.Vegt/Fruit | Net 21 | -09/22/04 | $2018.25 |
| 4404A | 9/1/04 | 9/2/04 | Misc.Vegt/Fruit | Net 21 | -09/22/04 | $3127.50 |

Total amount past due and unpaid $
__$40,141.38__

*Our written payment terms are __21__ days

"The Perishable Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

AFC 0001

10/05/2004 16:41 FAX 817 978 0786    USDA/PACA/FW    ☒001/002

 **USDA** United States Department of Agriculture | Agricultural Marketing Service | PACA Branch 888-901-6137 | 819 Taylor St. Rm. 8B02 Fort Worth TX 76102 Fax No. 817-978-0786

September 29, 2004

In reply refer to
File PACA S 04 276

ALASKA FRESH CUT INC
8240 KING STREET
ANCHORAGE AK  99518-3064

Dear Sir/Madam:

G & D Fresh Distribution Inc., Clackamas, OR has notified us that a dispute may exist between that company and your firm involving failure to pay for mixed fruits and vegetables shipped July 14, 2004 through September 2, 2004. Enclosed are copies of the invoices corresponding to those transactions. G & D Fresh Distribution Inc. states that it has not received payment from you in the amount of $40,141.38.

If you dispute owing the above amount, please provide us with your statement concerning the events surrounding the transaction that would justify your non payment, so that we may assist you in resolving the dispute. It would also be helpful if you would provide copies of any documents you have which might support your actions. Once we have gathered all relevant information from you and G & D Fresh Distribution Inc., as well as any other party with knowledge of the transaction, we will attempt to assist you in reaching a mutually satisfactory settlement of the dispute.

If, however, you have failed to pay the above invoice(s) through an oversight, please provide us with a check for $40,141.38 made to the order of G & D Fresh Distribution Inc..

We would appreciate receiving your reply by October 13, 2004. If you have questions, please contact Naomi Nabors at 888-901-6137 or naomi.nabors@usda.gov.

Sincerely,

Jeffrey K. Spradlin
Acting Regional Director
PACA Branch

AFC 0002

10/05/2004 16:41 FAX 817 978 0788    USDA/PACA/FW    @002/002



9/23/2004

Page-2

### Informal Complaint to be filed under the perishable agriculture commodities act.

| Invoice# | Date | Shipped | Commodity | Cont Terms Date Due | Alaska PO# | Amount |
|---|---|---|---|---|---|---|
| 4383 | 7/13/04 | 7/14/04 | Misc.Vegt/Fruit | Net 21 (8/4) | 7586 | $3441.00 |
| 4333A | 7/13/04 | 7/14/04 | Misc.Vegt/Fruit | Net 21 (8/4) | 7586 | $730.05 |
| 4345 | 7/27/04 | 7/29/04 | Misc.Vegt/Fruit | Net 21 (8/18) | 7628 | $4243.75 |
| 4345A | 7/27/04 | 7/29/04 | Misc.Vegt/Fruit | Net 21 (8/18) | 7628 | $1722.00 |
| 4356 | 8/3/04 | 8/5/04 | Misc.Vegt/Fruit | Net 21 (8/24) | 7640 | $5200.75 |
| 4356A | 8/3/04 | 8/5/04 | Misc.Vegt/Fruit | Net 21 (8/24) | 7640 | $1816.35 |
| 4364 | 8/10/04 | 8/12/04 | Misc.Vegt/Fruit | Net 21 (9/1) | 7667 | $2146.50 |
| 4364A | 8/10/04 | 8/12/04 | Misc.Vegt/Fruit | Net 21 (9/1) | 7667 | $2668.25 |
| 4376 | 8/17/04 | 8/19/04 | Misc.Vegt/Fruit | Net 21 (9/8) | 7688 | $3545.25 |
| 4376A | 8/17/04 | 8/19/04 | Misc.Vegt/Fruit | Net 21 (9/8) | 7688 | $4201.25 |
| 4391 | 8/24/04 | 8/25/04 | Misc.Vegt/Fruit | Net 21 (9/15) | 7704 | $1263.25 |
| 4391A | 8/24/04 | 8/25/04 | Misc.Vegt/Fruit | Net 21 (9/15) | 7704 | $4017.25 |
| 4404 | 9/1/04 | 9/2/04 | Misc.Vegt/Fruit | Net 21 (9/22) | 7715 | $2018.25 |
| 4404A | 9/1/04 | 9/2/04 | Misc.Vegt/Fruit | Net 21 (9/22) | 7715 | $5127.50 |

AFC 0003

ALASKA FRESH CUT
8240 KING STREET
ANCHORAGE ALASKA 99518
P 907-349-8343  F 907-349-3001

## FACSIMILE TRANSMITTAL SHEET

TO: George  
COMPANY: G.D. Fresh  
FAX NUMBER: 503-698-4997  
PHONE NUMBER:  
RE:  

FROM: George  
DATE: 05/27/04  
TOTAL NO. OF PAGES INCLUDING COVER:  
SENDER'S REFERENCE NUMBER:  
YOUR REFERENCE NUMBER:  

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Hi George,

Here is what I would be able to do if it works:

(1) Check # 6758 → $8,295.65  GD# 4187, 4201
   Mailed Today #

(2) Check # 6759 → $9,633.00  GD# 4209, 4217
   Mailed 06/02/04 overnight

(3) Check # 6760 → $8,553.50  GD# 4226, 4234A
   Mailed 06/08/04 overnight

After these we will continue to pay 2 invoices weekly until we are on a week to week basis. Thanks again for your patience and willingness to work together.

**AFC 0004**

# FACSIMILE TRANSMITTAL SHEET

**TO:** George
**COMPANY:** G.D. Fresh
**FAX NUMBER:** 503-698-4997
**PHONE NUMBER:**
**RE:**

**FROM:** George
**DATE:** 05/27/04
**TOTAL NO. OF PAGES INCLUDING COVER:**
**SENDER'S REFERENCE NUMBER:**
**YOUR REFERENCE NUMBER:**

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Hi George,

Here is what I would be able to do if it works:

(1) Check # 6758 → $8,295.65   GD# 4187, 4201
   Mailed Today #

(2) Check # 6759 → $9,633.00   GD# 4209, 4217
   Mailed 06/02/04 overnight.

(3) Check # 6760 → $8,553.50   GD# 4226, 4234 A
   Mailed 06/09/04 overnight

After these we will continue to pay 2 invoices weekly until we are on a week to week basis. Thanks again for your patience and willingness to work together.

AFC 0005

---

Transaction Report
Send
Transaction(s) completed

| No. | TX Date/Time | Destination | Duration | P.# | Result | Mode |
|---|---|---|---|---|---|---|
| 020 | MAY-27 13:35 | 15036984997 | 0'00'33" | 002 | OK | N ECM |

MAY-27-2004(THU) 13:36   ALASKA PACIFIC LEASING   (FAX)9073493001   P. 001



# INVOICE TRACKING

Phone 503-698-3004
Fax 503-698-4997
12662 S.E. Easthampton, Clackamas OR 97015

| DATE | INVOICE# | CUSTOMER | BILLED | CHECK# | RECVD. | Date Rcvd |
|---|---|---|---|---|---|---|
| 4/5 | 4187 | Alaska | 4438.40 | | | |
| 4/12 | 4201 | Alaska | 3857.25 | | | |
| 4/20 | 4209 | Alaska | 4065.75 | | 23,541 | |
| 4/26 | 4217 | Alaska | 5567.25 | | | |
| 5/10 | 4234 | Alaska | 5612.25 | $339.25 | | |
| 5/10 | 4234A | Alaska | 2650.00 | ✓ | $17,929.15 | |
| 5/10 | 4234B | Alaska | 450.00 | ✓ | | |
| 5/17 | 4245 | Alaska | 5169.50 | | Due By | |
| 5/17 | 4245 | Alaska | 2540.00 | | Thursday | |
| | | | $34,350.40 | | May 27th | |

Accts Payables
per
30/60/90

AFC 0006



## INVOICE TRACKING

Phone 503-698-3004
Fax 503-698-4997
12662 S.E. Easthampton, Clackamas OR 97015

7/2/04
ALASKA

| DATE | INVOICE# | CUSTOMER | BILLED | CHECK# | RECVD. | Date Rcvd |
|---|---|---|---|---|---|---|
| 5/11 | 4245 | ALASKA | 5308.25 | | 5169.50 | |
| 6/1 | 4264 | ALASKA | 2375.75 | | 2375.75 | 6907 7.07 |
| 6/1 | 4264A | ALASKA | 1660.00 | | 1660.00 | 6907 |
| 6/7 | 4276 | ALASKA | 3322.00 | | this showed all | 6884 |
| ~~6/~~ | ~~4291A~~ | ~~ALASKA~~ | ~~~~ | | | 6884 07/1 |
| 6/15 | 4288 | ALASKA | 5268.25 | | Be paid 5110.25 | Friday |
| 6/15 | 4288A | ALASKA | 2162.75 | | 2160.75 | |
| 6/22 | 4298 | ALASKA | 5615.00 | | this week 5615.00 | Tuesday |
| 6/22 | 4298A | ALASKA | 4282.00 | | 4282.00 | |

Paid 7,167.75

less any you may have paid

Michelle,
This is an older statement but should show what is due — My gal is on Vacation but back Thursday —
Thx George

$33,862.50

AFC 0007



# INVOICE TRACKING

Phone 503-698-3004
Fax 503-698-4997
12662 S.E. Easthampton, Clackamas OR 97015

| DATE | INVOICE# | CUSTOMER | BILLED | CHECK# | RECVD. | Date Rcvd |
|---|---|---|---|---|---|---|
| 6/29 | 4311 | AFC | 4164.00 |  | 6658.75 |  |
| 6/29 | 4311A | AFC | 2494.75 | 980 |  |  |
|  |  |  |  |  | PAST DUE |  |
| 7/6 | 4320 | AFC | 3501.25 |  |  |  |
| 7/6 | 4320A | AFC | 2822.75 |  |  |  |
|  |  |  |  |  | 10,494.55 | 8/23 |
| 7/13 | 4333 | AFC | 3441.00 |  |  |  |
| 7/13 | 4333A | AFC | 729.55 |  | Due by 8/23 |  |
| 7/19 | 4339 | AFC | 2911.00 |  |  |  |
| 7/19 | 4339A | AFC | 3353.25 |  |  |  |
| 7/27 | 4345 | AFC | 4243.75 |  |  |  |
| 7/27 | 4345A | AFC | 1722.00 |  |  |  |
|  |  |  | (29,383.30) |  |  |  |
| 7/14 | 4245 | AFC | 138.75 |  |  |  |
| 7/14 | 4288 | AFC | 158.00 |  | OPEN BALANCES |  |
| 7/14 | 4288A | AFC | 2.00 |  | PAID SHORT |  |
|  |  |  | (298.75) |  |  |  |

AFC 0008