Charles G. Evans, Esq.
Law Offices of Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

G.D. FRESH DISTRIBUTION, INC

           Plaintiff,

vs.

ALASKA FRESH CUT, INC.,

           Defendant.

Case No. 04-275 CV (RRB)

**AFFIDAVIT OF SERVICE**

STATE OF ALASKA        )
                                    ) ss.
THIRD JUDICIAL DISTRICT  )

Pamela Pifer, being first duly sworn, deposes and states as follows:

1.    I am employed with the Law Offices of Charles G. Evans, attorneys for Defendant, Alaska Fresh Cut, Inc., in the above captioned action.

2.    On September 21, 2007 I electronically filed the Opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment, an Affidavit of Counsel, an Affidavit of George Wilcox, and an Affidavit of Bonnie Faulk. In the certificate of service

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Service

Page 1 of 2

on each of these documents it states David Edgren was served electronically. David Edgren is not able to receive automatic notifications from the Court of electronic filings.

3. On September 21, 2007, I served a copy of the documents listed above on David Edgren by mailing them to the following address:

> David R. Edgren
> Edgren Law Office
> 750 E Fireweed Lane, Suite 201
> Anchorage, AK 99503

FURTHER AFFIANT SAYETH NAUGHT.

_____
Pamela K. Pifer

SUBSCRIBED AND SWORN to before me this 21st day of September 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 4/1/2008

Certificate of Service
I hereby certify that on September 21, 2007,
a copy of the foregoing *Affidavit of Service*
was served mail on:

David R. Edgren
Edgren Law Office
750 E Fireweed Lane, Suite 201
Anchorage, AK 99503

_____

1P-0078-2809.16.wpd

LAW OFFICES OF
CHARLES G. EVANS
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
(907) 278-4691

Affidavit of Service

Page 2 of 2