Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA FRESH CUT, INC., <br><br> Defendant. | Case No. 04-275 CV (RRB) |

### MOTION TO DISMISS

COMES NOW Defendant, Alaska Fresh Cut, Inc. ("Alaska Fresh Cut"), by counsel, Law Offices of Charles G. Evans, and moves to dismiss the complaint of Plaintiff, G.D. Fresh Distribution, Inc. ("G.D. Fresh"), because its agreement to payment terms greater than 30 days bars enforcement of any lien or trust pursuant to 7 U.S.C. 499 and accordingly, as this Court has no jurisdiction, the complaint should be dismissed. The Opposition to Motion for Summary Judgement and Cross Motion for Summary Judgment and Dismissal, the affidavit of Bonnie J. Faulk, the Affidavit of George Wilcox, and the

affidavit of George Dziak support this motion.

DATED this 24th day of September, 2007.

LAW OFFICES OF CHARLES G. EVANS
Attorneys for Alaska Fresh Cut, Inc.


By:   /s/ Charles G. Evans
      Charles G. Evans
      ABA No. 7705019


Certificate of Service
I hereby certify that on September 24, 2007,
a copy of the foregoing *Motion to Dismiss*
was served by mail on:

David R. Edgren
Edgren Law Office
750 E Fireweed Lane, Suite 201
Anchorage, AK 99503


  s/ Charles G. Evans
1P-0078-2809.18.wpd