Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Rd., Suite 201
Anchorage, Alaska 99515
907-278-4691

Attorney for Alaska Fresh Cut, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| G.D. FRESH DISTRIBUTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA FRESH CUT, INC., <br><br> Defendant. | Case No. 04-275 CV (RRB) |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Alaska Fresh Cut, Inc. ("Alaska Fresh Cut"), by counsel, Law Offices of Charles G. Evans, and moves for award of its summary judgment, as Plaintiff can show no entitlement to enforce any lien or trust pursuant to 7 U.S.C. 499 due to its agreement to extend payment terms greater than 30 days.  The Opposition to Motion for Summary Judgement and Cross Motion for Summary Judgment and Dismissal, the affidavit of Bonnie J. Faulk, the Affidavit of George Wilcox, and the affidavit of George Dziak support this motion.

      DATED this 24th day of September, 2007.

                                            LAW OFFICES OF CHARLES G. EVANS
                                            Attorneys for Alaska Fresh Cut, Inc.

                                            By: /s/ Charles G. Evans
                                                   Charles G. Evans
                                                   ABA No. 7705019

Certificate of Service
I hereby certify that on September 24, 2007,
a copy of the foregoing *Motion for Summary
Judgement* was served by mail on:

David R. Edgren
Edgren Law Office
750 E Fireweed Lane, Suite 201
Anchorage, AK 99503


  s/ Charles G. Evans
1P-0078-2809.17.wpd