David R. Edgren
Edgren Law Offices, LLC
645 G Street, Suite 300
Anchorage, Alaska  99654
(907) 272-3325

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### ANCHORAGE DIVISION

| | |
|---|---|
| G. D. FRESH DISTRIBUTION, INC., an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC., an Alaska corporation<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **MOTION FOR EXTENSION OF TIME**<br>) **(FED. RULES CIV. P. 6)** |

Case No. 3:04-CV-0275-RRB

　　Plaintiff G. D. Fresh Distribution, Inc. (hereinafter, "G. D. FRESH") hereby moves and requests that the honorable court grant a three day extension of time from the time allowed in the local rules plus the additional time allowed under the federal rules for mailing for Plaintiff to respond to Defendant's motion for summary judgment and dismissal. There is good cause under Federal Rule 6(b), as the undersigned has two special-needs children currently in the hospital and this situation has greatly impacted his ability to timely respond to the matters raised. The opposition will be filed by or before Friday, October 12, 2007, and no further extension will be requested. The undersigned asserts by his signature below that this extension is not requested for any purpose of hindrance or delay, or for any other improper purpose.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

RECEIVED
OCT 09 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DATED at Anchorage, Alaska, this 9th day of October, 2007.

                                                  EDGREN LAW OFFICES, LLC

                                                  By: _____
                                                       David R. Edgren
                                                       Alaska Bar No. 9406058

**CERTIFICATION OF SERVICE AND**
**OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT a true and correct copy of the document to which this certification is affixed was caused by me to be served by USPS on

C. Evans, Esq., Atty. for Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

10-9-07      _____
Date            D. Edgren, Atty.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**MOTION FOR EXTENSION OF TIME -- PAGE 2 OF 2**