David R. Edgren
Edgren Law Offices, LLC
645 G Street, Suite 300
Anchorage, Alaska  99654
(907) 272-3325



RECEIVED
OCT 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| G. D. FRESH DISTRIBUTION, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA FRESH CUT, INC., an Alaska corporation<br><br>Defendant. | OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DISMISSAL AND REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

Case No. A04-275-CV

Plaintiff G. D. Fresh Distribution, Inc. (hereinafter, "G. D. FRESH") hereby makes and submits its consolidated opposition to Defendant Alaska Fresh Cut, Inc's (hereinafter, "FRESH CUT") motion for summary judgment and dismissal, and reply to FRESH CUT'S opposition to the motion for summary judgment filed by G. D. FRESH. There is good cause, as explained following, to deny FRESH CUT'S summary judgment and dismissal motion as there are genuine issues of material fact barring entry of judgment for FRESH CUT and there are no grounds for dismissal as asserted. There remains good cause, also as asserted following, in light of FRESH CUT raising no matters in its opposition barring entry of summary judgment for G. D. FRESH, to grant G. D.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317