

# Alaska Corporations, Business and Professional Licensing

**Department of Commerce**

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent Verify
- Verify Certification Biennial Report
- File Online
- Initial Biennial Report LLC
- File Online Business Corporation
- File Online Online Orders
- Register for Online Orders
- Order Good Standing Name Registration
- Register a Business Name Online
- Renew a Business Name

Date: 10/21/2007

**Filed Documents**
(Click above to view filed documents that are available.)

## Entity Name History

| Name | Name Type |
|---|---|
| ALASKA FRESH CUT, INC. | Legal |

## Business Corporation Information

| | |
|---|---|
| AK Entity #: | 64922D |
| Status: | Involuntary Dissolved |
| Entity Effective Date: | 10/06/1998 |
| Primary NAICS Code: | |
| Dissolve Date: | 4/30/2007 |
| Home State: | AK |
| Principal Office Address: | 8240 KING ST ANCHORAGE AK 99518 |
| Expiration Date: | Perpetual |
| Last Biennial Report Filed Date: | 9/10/2004 |
| Last Biennial Report Filed: | 2004 |

## Registered Agent

| | |
|---|---|
| Agent Name: | MARK SINES |
| Office Address: | 8240 SANDLEWOOD PL STE 202 ANCHORAGE AK 99507 |
| Mailing Address: | |
| Principal Office Address: | 8240 KING ST ANCHORAGE AK 99518 |

## Officers, Directors, 5% or more Shareholders, Members or Managers

| | |
|---|---|
| Name: | MARK SINES |
| Address: | 8240 KING ST ANCHORAGE AK 99518 |
| Title: | President |
| Owner Pct: | 50 |
| | |
| Name: | MARK SINES |

| | |
|---|---|
| Address: | 8240 KING ST ANCHORAGE AK 99518 |
| Title: | Director |
| Owner Pct: | 50 |
| | |
| Name: | D FAULK |
| Address: | 8240 KING ST ANCHORAGE AK 99518 |
| Title: | Secretary |
| Owner Pct: | 25 |
| | |
| Name: | J MCGREW |
| Address: | 8240 KING ST ANCHORAGE AK 99518 |
| Title: | Vice President |
| Owner Pct: | 25 |
| | |
| Name: | J MCGREW |
| Address: | 8240 KING ST ANCHORAGE AK 99518 |
| Title: | Treasurer |
| Owner Pct: | 25 |

Officers & Directors

Webmaster   Contact the Division