**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

G. D. FRESH DISTRIBUTION, INC.,
an Oregon Corporation,
    Plaintiff,

Case Number 3:04-cv-00275-RRB

v.

ALASKA FRESH CUT, INC., an
Alaska Corporation,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff, G. D. Fresh Distribution Inc., recover from the defendant, Alaska Fresh Cut, Inc. the amount of $33,150.83, plus post judgment interest at the rate of 2.31% along with costs.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: January 29, 2008

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[ ]{JMT2.WPT*Rev.3/03}